# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Print Form
Reset Form

Jonathan Lee Riches ©

**Plaintiff/Petitioner**

vs.

William Gates, et al.

**Defendant(s)/Respondent(s)**

Case Number: ~~P#1475~~ CV07 1480 RSL

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

FILED LODGED RECEIVED　MAIL

SEP 21 ZL

CLERK U.S. DISTRICT COURT AT SEATTLE WESTERN DISTRICT OF WASHINGTON BY _____ DEP'TY

I, (print your name) Jonathan Lee Riches declare I am the plaintiff/petitioner in the above entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or five security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are *briefly* stated as follows:

In support of this application, I answer *all* of the following questions

07-CV-01480-IFP

1. Are you presently employed?

☑ Yes　If Yes, state the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

I'm in prison. I make $12 a month sweeping

☐ No　If No, state the date of last employment and the amount of the salary and wages per month which you received:

2. In the past twelve months, have you received any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. Gifts or inheritances | ☑ Yes | ☐ No　Family |
| f. Any other sources | ☐ Yes | ☑ No |

3. Do you own any cash, or do you have money in checking or savings accounts?

☐ Yes　If Yes, state the total value of each item (include prison account funds)

☑ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

☐ Yes   If Yes, describe the property and state its approximate value:

☑ No

5. Are any persons dependent upon you for support?

☐ Yes   If Yes, state your relationship to those persons, and indicate how much you contribute toward their support:

☑ No

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-17-07           Signature of Applicant

## Certification
### (For Prisoner Applicants Only)

Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

I certify that the applicant named herein has the sum of $ 7.55 on account to his/her credit at

(Name of Institution) FCI Williamsburg

Dated: 9-17-07   Signature of Financial Officer   J. Bingham

## Order of Court

The application is hereby denied.

The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

_____   _____   _____   _____
United States Judge         Date     United States Judge        Date
or Magistrate Judge                  or Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jonathan Lee Riches ©<br><br>Plaintiff,<br><br>v.<br><br>William Gates, et al.,<br><br>Defendant(s). | WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR 3(b)<br><br>P# 1475 |

I, ___Jonathan Lee Riches_____, hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

DATED this __17__, day of __9th__, ~~100~~ 2007__.

_____
Signature of Plaintiff

## Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 40948018 | | Current Institution: | Williamsburg FCI |
| Inmate Name: | RICHES, JONATHAN | | Housing Unit: | WIL-A-B |
| Report Date: | 09/11/2007 | | Living Quarters: | A03-108LH |
| Report Time: | 10:24:19 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 9/7/2007 3:19:39 PM | GIPP0807 | | | Payroll - IPP | $0.12 | | $7.55 |
| WIL | 9/7/2007 11:41:55 AM | 73 | | | Sales | ($3.10) | | $7.43 |
| WIL | 8/28/2007 11:35:23 AM | GITS2CNV | | | Phone Rev With Rel | $2.28 | | $10.53 |
| WIL | 8/22/2007 4:49:57 PM | ITS0822 | | | Phone Withdrawal | ($1.00) | | $8.25 |
| WIL | 8/17/2007 11:35:46 AM | 75 | | | Sales | ($3.60) | | $9.25 |
| WIL | 8/15/2007 8:05:01 PM | ITS0815 | | | Phone Withdrawal | ($1.00) | | $12.85 |
| WIL | 8/10/2007 11:20:26 AM | 94 | | | Sales | ($4.65) | | $13.85 |
| WIL | 8/9/2007 1:01:46 PM | GIPP0707 | | | Payroll - IPP | $0.12 | | $18.50 |
| WIL | 8/7/2007 7:24:35 PM | ITS0807 | | | Phone Withdrawal | ($1.00) | | $18.38 |
| WIL | 8/3/2007 8:17:06 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $19.38 |
| WIL | 8/3/2007 10:52:13 AM | 50 | | | Sales | ($5.15) | | $20.38 |
| WIL | 8/1/2007 6:38:16 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $25.53 |
| WIL | 7/30/2007 6:34:17 PM | ITS0730 | | | Phone Withdrawal | ($2.00) | | $27.53 |
| WIL | 7/29/2007 6:31:02 PM | ITS0729 | | | Phone Withdrawal | ($1.00) | | $29.53 |
| WIL | 7/23/2007 7:36:14 PM | ITS0723 | | | Phone Withdrawal | ($1.00) | | $30.53 |
| WIL | 7/20/2007 8:13:27 AM | 54 | | | Sales | ($10.45) | | $31.53 |
| WIL | 7/18/2007 5:06:13 PM | ITS0718 | | | Phone Withdrawal | ($2.00) | | $41.98 |
| WIL | 7/13/2007 8:18:59 AM | 55 | | | Sales | ($21.15) | | $43.98 |
| WIL | 7/9/2007 2:46:38 PM | GIPP0607 | | | Payroll - IPP | $0.12 | | $65.13 |
| WIL | 7/7/2007 1:07:13 PM | ITS0707 | | | Phone Withdrawal | ($1.00) | | $65.01 |
| WIL | 7/7/2007 5:50:20 AM | 70186701 | | | Lockbox - CD | $60.00 | | $66.01 |
| WIL | 7/6/2007 11:31:49 AM | 22 | | | Sales | ($6.95) | | $6.01 |
| WIL | 7/4/2007 7:43:18 PM | ITS0704 | | | Phone Withdrawal | ($2.00) | | $12.96 |
| WIL | 6/29/2007 7:35:08 PM | ITS0629 | | | Phone Withdrawal | ($2.00) | | $14.96 |
| WIL | 6/28/2007 11:18:47 AM | 80 | | | Sales | ($4.65) | | $16.96 |
| WIL | 6/25/2007 8:21:10 PM | ITS0625 | | | Phone Withdrawal | ($1.00) | | $21.61 |
| WIL | 6/21/2007 11:36:33 AM | 97 | | | Sales | ($73.20) | | $22.61 |
| WIL | 6/20/2007 7:22:51 PM | ITS0620 | | | Phone Withdrawal | ($1.00) | | $95.81 |
| WIL | 6/19/2007 5:45:55 AM | 70185401 | | | Lockbox - CD | $60.00 | | $96.81 |
| WIL | 6/17/2007 8:12:52 PM | ITS0617 | | | Phone Withdrawal | ($2.00) | | $36.81 |
| WIL | 6/15/2007 10:58:09 AM | 39 | | | Sales | $7.60 | | $38.81 |
| WIL | 6/15/2007 10:57:20 AM | 38 | | | Sales | ($11.75) | | $31.21 |
| WIL | 6/8/2007 2:26:01 PM | GIPP0507 | | | Payroll - IPP | $0.12 | | $42.96 |

## Inmate Statement

| | |       | |
|---|---|---|---|
| **Inmate Reg #:** | 40948018 | **Current Institution:** | Williamsburg FCI |
| **Inmate Name:** | RICHES, JONATHAN | **Housing Unit:** | WIL-A-B |
| **Report Date:** | 09/11/2007 | **Living Quarters:** | A03-108L.U |
| **Report Time:** | 10:24:36 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 4/10/2007 11:11:05 AM | 76 | | | Sales | ($1.55) | | $4.22 |
| WIL | 4/9/2007 2:35:58 PM | GIPP0307 | | | Payroll - IPP | $0.12 | | $5.77 |
| WIL | 4/8/2007 12:36:28 PM | ITS0408 | | | Phone Withdrawal | ($1.00) | | $5.65 |
| WIL | 4/3/2007 8:15:43 AM | 39 | | | Sales | ($15.85) | | $6.65 |
| WIL | 3/29/2007 7:56:34 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $22.50 |
| WIL | 3/29/2007 6:50:27 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $24.50 |
| WIL | 3/21/2007 7:49:44 AM | 59 | | | Sales | ($16.70) | | $26.50 |
| WIL | 3/14/2007 8:25:16 AM | 20 | | | Sales | ($12.30) | | $43.20 |
| WIL | 3/9/2007 1:04:35 PM | GIPP0207 | | | Payroll - IPP | $0.12 | | $55.50 |
| WIL | 3/9/2007 1:03:23 PM | GIPP0207 | | | Payroll - IPP | $12.50 | | $55.38 |
| WIL | 3/7/2007 8:17:21 AM | 46 | | | Sales | ($20.65) | | $42.88 |
| WIL | 3/4/2007 1:12:45 PM | ITS0304 | | | Phone Withdrawal | ($2.00) | | $63.53 |
| WIL | 3/2/2007 6:00:38 AM | 70177801 | | | Lockbox - CD | $50.00 | | $65.53 |
| WIL | 2/28/2007 8:15:16 AM | 39 | | | Sales | ($8.75) | | $15.53 |
| WIL | 2/21/2007 8:21:05 AM | 42 | | | Sales | ($6.70) | | $24.28 |
| WIL | 2/17/2007 7:49:34 AM | ITS0217 | | | Phone Withdrawal | ($1.00) | | $30.98 |
| WIL | 2/14/2007 11:14:30 AM | 17 | | | Sales | ($4.25) | | $31.98 |
| WIL | 2/9/2007 7:34:36 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $36.23 |
| WIL | 2/9/2007 2:48:08 PM | GIPP0107 | | | Payroll - IPP | $0.12 | | $38.23 |
| WIL | 2/9/2007 2:47:00 PM | GIPP0107 | | | Payroll - IPP | $12.50 | | $38.11 |
| WIL | 2/7/2007 11:27:29 AM | 57 | | | Sales | ($5.90) | | $25.61 |
| WIL | 1/31/2007 11:12:16 AM | 51 | | | Sales | ($5.15) | | $31.51 |
| WIL | 1/30/2007 8:52:52 PM | ITS0130 | | | Phone Withdrawal | ($2.00) | | $36.66 |
| WIL | 1/28/2007 2:27:44 PM | ITS0128 | | | Phone Withdrawal | ($2.00) | | $38.66 |
| WIL | 1/27/2007 9:24:00 PM | ITS0127 | | | Phone Withdrawal | ($2.00) | | $40.66 |
| WIL | 1/26/2007 12:10:53 PM | TX012607 | | | Transfer - In from TRUFACS | $5.00 | | $42.66 |
| WIL | 1/24/2007 11:20:16 AM | 76 | | | Sales | ($2.60) | | $37.66 |
| WIL | 1/23/2007 6:40:28 PM | ITS0123 | | | Phone Withdrawal | ($1.00) | | $40.26 |
| WIL | 1/21/2007 2:43:42 PM | ITS0121 | | | Phone Withdrawal | ($2.00) | | $41.26 |
| WIL | 1/17/2007 11:11:09 AM | 68 | | | Sales | ($2.60) | | $43.26 |
| WIL | 1/10/2007 8:19:00 AM | 35 | | | Sales | ($23.70) | | $45.86 |
| WIL | 1/9/2007 7:07:55 PM | ITS0109 | | | Phone Withdrawal | ($1.00) | | $69.56 |
| WIL | 1/9/2007 2:55:21 PM | GIPP1206 | | | Payroll - IPP | $4.80 | | $70.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WIL | 6/8/2007 10:53:39 AM | 62 | | Sales | ($2.70) | $42.84 |
| WIL | 6/5/2007 6:42:31 PM | ITS0605 | | Phone Withdrawal | ($2.00) | $45.54 |
| WIL | 5/31/2007 11:23:09 AM | 83 | | Sales | ($20.50) | $47.54 |
| WIL | 5/27/2007 1:02:09 PM | ITS0527 | | Phone Withdrawal | ($2.00) | $68.04 |
| WIL | 5/17/2007 8:20:45 AM | 54 | | Sales | ($25.15) | $70.04 |
| WIL | 5/13/2007 7:39:13 PM | ITS0513 | | Phone Withdrawal | ($2.00) | $95.19 |
| WIL | 5/12/2007 1:44:44 PM | ITS0512 | | Phone Withdrawal | ($2.00) | $97.19 |
| WIL | 5/12/2007 5:45:55 AM | 70182901 | | Lockbox - CD | $60.00 | $99.19 |
| WIL | 5/9/2007 2:39:24 PM | GIPP0407 | | Payroll - IPP | $0.12 | $39.19 |
| WIL | 5/9/2007 2:39:00 PM | GIPP0407 | | Payroll - IPP | $25.00 | $39.07 |
| WIL | 4/26/2007 8:20:19 AM | 65 | | Sales | ($15.85) | $14.07 |
| WIL | 4/20/2007 11:13:54 AM | 55 | | Sales | ($5.45) | $29.92 |
| WIL | 4/20/2007 11:13:15 AM | 53 | | Sales | $0.00 | $35.37 |
| WIL | 4/17/2007 8:18:54 AM | 44 | | Sales | ($0.65) | $35.37 |
| WIL | 4/17/2007 8:17:27 AM | 43 | | Sales | ($17.20) | $36.02 |
| WIL | 4/13/2007 9:00:11 PM | ITS0413 | | Phone Withdrawal | ($1.00) | $53.22 |
| WIL | 4/10/2007 11:45:06 AM | 70180501 | | Lockbox - CD | $50.00 | $54.22 |

1 2 3

Total Transactions: 117

Totals: ($48.06)  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | $7.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.55 |
| Totals: | $7.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.55 |