# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

# CV07 1480 RSL

Jonathan Lee Riches,
Plaintiff

CIVIL NO
P# 1475

v.

WILLIAM H. GATES D/B/A MICROSOFT CHAIRMAN;
STEVEN A. BALLMER;
MELINDA F. GATES;
SHAUNA A. DUNLAP;
JAY HILEMAN;
MELINDA HARMON;
KIMBERLY P. JONES,
DEFENDANT's



07-CV-01480-CMP

## CIVIL COMPLAINT

## "MICROSOFT HOLOCAUST"

## TRO TEMPORARY RESTRAINING ORDER

This is a civil complaint action pursuant to violation of the Lanham act 15 USC 1125, Violation of the Copyright act 17 USC 101, Civil Rights and constitutional violations, extortion activity in violation of the Federal Racketeer Influenced and Corrupt organizations Act (RICO) 18 USC 1961, Violation of the Hobbs act 18 USC 1951, Kidnapping, Identity theft, torture, harassment, and negligence.

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. Plaintiff seeks statutory damages pursuant to 17 USC 504(c) and Injunctive relief pursuant to 17 USC 502 and 503, Prohibiting Defendants from further infringing conduct and requiring them to destroy all copies

of Jonathan Lee Riches© material made in violation of Plaintiff's exclusive rights. Plaintiff's 4th, 6th, 8th, and 14th amendment rights are being violated by Defendants. Plaintiff also Moves this Honorable court to issue a TRO Temporary Restraining order against all Defendant's forbidding any contact and continue retaliation on Plaintiff. Plaintiff seeks $25,000,000,000.00 Billion dollars in damages from 6th amendment violations and stolen Royalties. Plaintiff respectfully prays this Honorable court for relief.

1

Defendant's have been in a vast conspiracy everyday since feb. 25th, 2003 to torture my Life and Kidnap and hold me against my will. I've suffered irreversible brain and emotional damage because of Defendant's continue negligence.

2

Defendants have been paying State and Federal Taxes to at least since feb 25th, 2003. Defendant's tax money supports and contributes to my current illegal incarceration. Defendant's are violating my 6th amendment rights from my criminal case out of the southern District of Texas, case # H-03-40. I was enhanced and sentenced to millions of dollars of fraud losses under 2.B1.1 "Relevant Conduct" that was not presented in my federal indictment, not rendered by a Jury, or admitted to in my plea agreement. This is a clear violation of Blakely v. Washington 542 U.S. 296, and U.S. v. Booker 542 U.S. 956. Check my sentencing transcripts and plea bargin hearing transcripts and you will see the proof. During my Plea Bargin hearing, I plead guilty to a $425 dollar fraudulent wire transfer through Western Union. That's the only amount mentioned. The Defendants then create a "PSR" pre-sentence report. The PSR determined I was a ring leader in a interstate Identity theft ring with fraud loses in the millions. I was then sentenced to 125 months in Federal Prison. A huge 6th amendment violation Defendant's committed towards my Life. Defendant's pay their tax money to the federal Government who is holding me hostage. Defendant's tax paying money contributed to the building of FCI Williamsburg. Defendant's are guilty of this Kidnapping by association.

3

Defendant's are committing Identity theft against my name and Torturing my Life and Kidnapping me against my will using the Stockholm Syndrome on me. Defendant Gates through Microsoft software on FCI Williamsburg computers and Microsoft commercials on television and ads in newspapers are diverting my mind away from the Kidnapping. Gates is the Evil wizard behind the Innocent Look. In 2002 Gates and Microsoft entrapped me on my federal case. All the credit cards from Hacking into America Online went through Microsoft windows network. Microsoft then technically gave me those credit cards through a MSN Hotmail account. Bill gates should be in prison with me he is Just as guilty.

4

Microsoft is involved will illegal Racketeering since 1995. Microsoft has a secret headquarters on top of Mt. Hood. Microsoft has hired hacking hit men to send computer viruses and spam on Anyone who uses the Microsoft network. Then once a victims computer is disabled, Microsoft will send a advertisement via Mail or email saying "for #49.95 You can purchase Anti virus software". This is a huge scam and the American people are falling victim to it.

5

Defendant's have been violating my 8th amendment rights to cruel and unusual punishment since Feb 25th, 2003. Defendant's direct orders to the warden at FCI Williamsburg. Defendant's tax paying money helps pay the wardens salary. Defendants are not feeding me proper nutrition. Mismanaging federal funds. I currently weigh 125 lbs at 5ft 10 inches. I have pictures as proof. Defendants told the warden on April 20, 2007 to take all fruits away on the commissary. Defendant's are forcing me to eat chemically induced foods with pesticides and aspartame. Tainted Beef. Spoiled milk. Defendants are Keeping me over 500 miles away from my family destroying my relationship with them. Defendants took away Parole,

Defendants force me to stand every day at 4pm count, If I don't comply I'm hogtied and dragged to a hole. Defendants are in a conspiracy with the Prison Phone system to keep rates over inflated as Defendants recieve tax breaks and Kickbacks from the B.O.P. I have not seen my family in years because of Defendants. This is a human crisis. I have not seen a dentist in 53 months because of Defendants. Defendant's force me to sleep in a cell with a Russian cell mate. Defendants tax paying money is paying for armed patrol guards with weapons who will kill me if I try to leave FCI Williamsburg. This is clear Evidence that Defendant's tax paying money goes to a system that is violating my 6th and 8th amendment rights.

6

Defendants and the President of the United States have committed treason with my life ever since Feb 25th, 2003. The President takes a oath to uphold and defend the Constitution at Home and abroad. The President has Pardon staff. He is aware of unconstitutional convictions but chooses to ignore them. Defendants know my case is unconstitutional but choose to ignore and continue to kidnap and finance this kidnap operation.

7

Shauna A. Dunlap is a Houston FBI Agent. Jay Hileman is AUSA from Houston. Melinda Harmon is a U.S. District Judge from Houston. Kimberly P. Jones is a U.S. Probation officer from Houston. These Defendants Kidnapped me on Feb 25th, 2003 from New Port Richey Florida, and cuffed my legs and hands and flew me to Houston. I never been to Houston prior in my life. These Defendants subjected me to chemical poisoning in my brain, Everlasting depression because they know personally they violated my 6th and 8th amendment rights but have financial interests in keeping me in prison. They took my drivers liscence, social security card. I'm currently being denied credit because of this Identity theft. They are forcing me in this Holocaust and want to see me

die in prison. U.S. District Judge Melinda Harmon failed to recuse herself from my criminal case under 28 USC 455 (A)(B), she had numerous financial and conflicts of interest with my victims in my criminal case. Defendant Gates tax money pays Judge Harmon's salary. Check my case, I compell this court to check the proof.

Microsoft releases incomplete windows software to the public. This has been going on everyday for the past 10 years. Microsoft does not want to spend money on research and development. Instead, Microsoft expects customers to send "Error reports" back to them with the problems fixed or identifying the problem. The customers should get paid for by Microsoft because they are working and fixing Microsoft's problems. Defendants also loan and contract Microsoft products to the B.O.P and Government who continue to violate my 6th and 8th amendment rights. Microsoft contributes to my illegal kidnapping.

### Restraining Order

Plaintiff moves this Honorable Court to issue a TRO Temporary Restraining order against Microsoft contributing to my kidnapping, violating my 6th and 8th amendment rights. Moves this court to forbid Microsoft from doing any financial dealings with the Bureau of Prisons and Government. Moves this court to take at all Microsoft products and services from the prison. Moves this court to restrain Microsoft from violating 6th amendment rights paying the Judges salary with Microsoft's tax money to destroy my life. Moves this court to put a stop of this madness. Plaintiff moves this Honorable Court to issue an order for Defendant's to respond.

Respectfully Submitted

Jonathan Lee Riches ©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400