**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
DISTRICT COURT EXECUTIVE

700 STEWART ST
SEATTLE, WASHINGTON 98101

September 11, 2007

Jonathan Lee Riches 40948-018
F.C.I. Williamsburg
PO Box 340
Salters, SC 29590

CV07 1480 RSL

Dear Mr. Riches:

    The court received your civil complaint (Riches v. Gates, et al.) on September 10, 2007. However, before the Court can assign a case number and judge, and open your case, you must complete and return the enclosed forms.

    In the event that your intention is to bring a Court action, I have enclosed an Application to Proceed In Forma Pauperis, and a Civil Case Cover Sheet. Please fill out these forms and return them to the Clerk's Office by the date noted below.

    **Your document has been assigned tracking number P#1475. This entire number *must* appear on all future correspondence with the Court.**

* Please note: If your response to this letter is not received by <u>October 11, 2007</u> the action may be subject to dismissal.

cc: P#1475



07-CV-01480-LTR

Dockets.Justia.com