1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10  JONATHAN LEE RICHES,
11              Plaintiff,
                                                    NO. C07-1480RSL
12         vs.
13  WILLIAM H. GATES d/b/a MICROSOFT         MINUTE ORDER
    CHAIRMAN, et al.,
14              Defendants.
15

16     The following Minute Order is made and entered on the docket at the direction of the
17  HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:
18     Judge Lasnik recuses himself in the above entitled action and this case is reassigned in rotation to
19  the Honorable Marsha J. Pechman. The cause number in this case is changed to **C07-1480MJP** which
20  reflects the initial of the Judge to which this case was reassigned.
21
22     DATED this 1st day of October, 2007.
23
24                                          s/Kerry Simonds
                                            by Kerry Simonds, Deputy Clerk
25                                          To Robert S. Lasnik, Judge
                                            206-370-8519
26
27
28  MINUTE ORDER