MEMORANDUM

TO:         Case File No. C07-1480
FROM:
DATE:       October 1, 2007
RE:         Related actions for Jonathan Lee Riches

I have searched the computer for related actions on the above individual and have found NO CASES.